UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEWIS MOMON,<br><br>                Petitioner,<br><br>     v.<br><br>M.E. POULOS, Warden, et al.,<br><br>                Respondents. | Case No. EDCV 08-701 JVS(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

_____

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

      IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 United States Magistrate Judge's Report and Recommendation, and the Judgment
3 herein on petitioner and counsel for respondents.
4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6    DATED: August 3, 2011

   _____
   HONORABLE JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE