UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY LEWIS MOMON, | ) | Case No. EDCV 08-701 JVS(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M.E. POULOS, Warden, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: August 3, 2011

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE